

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00971-CV

**IN THE INTEREST OF M.C.V.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02539
Honorable Eric Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we ORDER that the trial court's March 22, 2019 Nunc Pro Tunc Order of Termination is VOID, and the final order in the underlying suit is the trial court's December 10, 2018 order.

We REVERSE the portion of the trial court's December 10, 2018 order that terminates Dad's parental rights to M.C.V.

We AFFIRM the remainder of the trial court's December 10, 2018 order, including its appointment of the Department of Family and Protective Services as permanent managing conservator for M.C.V.

We REMAND this cause to the trial court for further proceedings consistent with this opinion and section 263.401(b-1) of the Texas Family Code.

No costs of court are taxed in this appeal.

SIGNED May 22, 2019.

_____
Patricia O. Alvarez, Justice